# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL RODRIQUEZ GARCIA, <br> AIS # 00302311 <br><br> Petitioner, <br><br> vs. <br><br> KENNETH PETERS, Warden <br> Fountain Correctional Facility, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION NO. 17-0214-CG-N |

## FINAL JUDGMENT

In accordance with the Order entered on this date adopting the recommendations of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner Michael Rodriquez Garcia, such that this action under 28 U.S.C. § 2254 is **DISMISSED without prejudice**, and such that Garcia is not entitled to a Certificate of Appealability or to appeal in forma pauperis.

**DONE and ORDERED** this 6th day of October, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE